**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Roberto CAMPOS–LOPEZ, Defendant—Appellant.**

No. 01–50359.

D.C. No. CR–97–00954–RMT.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON and THOMAS, Circuit Judges.

MEMORANDUM**

Roberto Campos–Lopez appeals his conviction, pursuant to a guilty plea, and sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a) and 1326(b)(2).

Campos–Lopez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Campos–Lopez did not file a pro se supplemental brief. Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues, we grant counsel's motion to withdraw, and affirm the sentence.

We **REMAND** to the district court with directions to correct the judgment of conviction to exclude the reference to 8 U.S.C. § 1326(b)(2), consistent with *United States v. Rivera–Sanchez,* 222 F.3d 1057 (9th Cir. 2000); *United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.